382 A.2d 745

Commonwealth v. Eaddy, Appellant.

Submitted March 22, 1976.

Harry S. Tischler, Assistant Defender and Benjamin Lerner, Defender, for appellant; Eric B. Henson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

382 A.2d 746

Commonwealth v. Edwards, Appellant.

Submitted December 22, 1976. Michael J. Stack, Jr., and Stack & Gallagher, for appellant; William E. Nugent, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.